**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **ACI Concrete Placement of Kansas, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  ACI Concrete Placement** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0457142** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **20160 W. 191st Street** <br> **Spring Hill, KS 66083** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Johnson** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **aciconcreteplacement.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2381__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor    **See Attachment** _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **ACI Concrete Placement of Kansas, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2017**
              MM / DD / YYYY

**X**   ***/s/ Matthew Kaminsky***             **Matthew Kaminsky**
      Signature of authorized representative of debtor          Printed name

Title    **COO**

**18. Signature of attorney**

**X**   ***/s/ Neil S. Sader***             Date   **September 14, 2017**
      Signature of attorney for debtor                  MM / DD / YYYY

**Neil S. Sader**
Printed name

**The Sader Law Firm**
Firm name

**2345 Grand Blvd.**
**Suite 2150**
**Kansas City, MO 64108-2663**
Number, Street, City, State & ZIP Code

Contact phone   **816-561-1818**      Email address   **nsader@saderlawfirm.com**

**KS#16437**
Bar number and State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 4

| Debtor | ACI Concrete Placement of Kansas, LLC | Case number (if known) |
|---|---|---|
| | Name | |

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | ACI Concrete Placement of Lincoln, LLC | | Relationship to you | Affiliated Debtor |
|---|---|---|---|---|
| District | District of Kansas | When | Case number, if known | |
| Debtor | ACI Concrete Placement of Oklahoma, LLC | | Relationship to you | Affiliated Debtor |
| District | District of Kansas | When | Case number, if known | |
| Debtor | KOK Holdings, LLC | | Relationship to you | Affiliated Debtor |
| District | District of Kansas | When | Case number, if known | |
| Debtor | OKK Equipment, LLC | | Relationship to you | Affiliated Debtor |
| District | District of Kansas | When | Case number, if known | |

Fill in this information to identify the case:

Debtor name    **ACI Concrete Placement of Kansas, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP, LLC PO Box 842875 Boston, MA 02284-2875 | | Vendor | | | | $31,306.82 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Corporate Credit Card | | | | $28,963.82 |
| CBIZ MHM, LLC 13576 Collection Center Drive Chicago, IL 60693 | | Professional Services | | | | $43,568.61 |
| Central Pension Fund PO Box 418433 Boston, MA 02241-8433 | | Union Dues | | | | $67,365.18 |
| Dunn & Davidson, LLC Town Pavilion 1100 Walnut Suite 2900 Kansas City, MO 64106 | | Professional Services | | | | $69,538.40 |
| Equity Bank 4551 W. 107th Street Suite 210 Overland Park, KS 66207 | | All accounts, inventory & equipment (cross-collateralized with Associated Debtors) | | $4,250,000.00 | $1,064,166.84 | $3,185,833.16 |
| Equity Bank 4551 W. 107th Street Suite 210 Overland Park, KS 66207 | | All accounts, inventory & equipment (cross-collateralized with Associated Debtors) | | $2,317,143.00 | $1,064,166.84 | $1,252,976.16 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Equity Bank 4551 W. 107th Street Suite 210 Overland Park, KS 66207 | | All accounts, inventory & equipment (cross-collateralized with Associated Debtors) | | $1,191,981.00 | $1,064,166.84 | $127,814.16 |
| Hampel Oil, Inc. 2920 Fairfax Trafficway Kansas City, KS 66115-1318 | | Fuel Supplier | | | | $40,613.28 |
| Heartland Tires & Treads 100 W. 18th Avenue North Kansas City, MO 64116 | | Vendor | | | | $10,854.77 |
| IPFS Corporation 24722 Network Place Chicago, IL 60673-1247 | | Insurance Finance Company | | | | $11,257.70 |
| IPFS Corporation 24722 Network Place Chicago, IL 60673-1247 | | | | | | $58,794.72 |
| Mayer Hoffman McCann, P.C. 13576 Collection Center Dr. Chicago, IL 60693 | | Professional Services | | | | $18,946.02 |
| Randall K Duncan 10857 Barton Overland Park, KS 66210 | | | | | | $9,000.00 |
| Rapid Apps Group 2636 Leisure Lane Little Elm, TX 75068 | | Vendor | | | | $8,300.00 |
| Results Technology 10333 W. 84th Terrace Overland Park, KS 66214 | | Vendor | | | | $15,016.43 |
| Schwing America, Inc. PO Box 8473 Carol Stream, IL 60197-8473 | | Vendor | | | | $32,500.29 |
| Spring Hill I, LLC 15670 S. Keeler Olathe, KS 66062 | | Lease Debt | | | | $36,000.00 |

Official form 204
Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims
page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 17-21770   Doc# 1   Filed 09/14/17   Page 7 of 65

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Standard Products PO Box 5509 Englewood, NJ 07631** | | **Vendor** | | | | **$9,649.12** |
| **Wex Bank PO Box 6293 Carol Stream, IL 60197-6293** | | **Vendor** | | | | **$19,829.22** |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Equity Bank**<br>**4551 W. 107th Street**<br>**Suite 210**<br>**Overland Park, KS 66207** | **Operating Account** | **2622** | $1,306.00 |
| 3.2. | **Equity Bank**<br>**4551 W. 107th Street**<br>**Suite 210**<br>**Overland Park, KS 66207** | **Sweep Account** | **5354** | $100.00 |
| 3.3. | **First State Bank & Trust**<br>**7206 College Boulevard**<br>**Overland Park, KS 66212** | **Operating Account** | **0210** | $2,652.00 |
| 3.4. | **First State Bank & Trust**<br>**7206 College Boulevard**<br>**Overland Park, KS 66212** | **Debit Card Acccount** | **0547** | $609.00 |
| 3.5. | **First National Bank**<br>**13518 S. Alden Street**<br>**Olathe, KS 66062** | **Operating Account** | **2875** | $5,439.00 |

4. **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                  **$10,106.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:      **1,054,060.84**   -      **0.00**   = ....      **$1,054,060.84**

face amount                  doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                                  **$1,054,060.84**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.     **Office furniture** Office Furniture | **$0.00** | | **$3,000.00** |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| | **Office Fixtures** | $0.00 | $2,000.00 |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
**Desktop Computers, Laptops, Copier and Postage Machine leased from Results Technology**
**Digital Mailing System, Ricoh 301 Copy Machine, and Ricoh 4503 Copy Machine**                $0.00                $0.00

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    $5,000.00
Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **20160 W. 191st St. Spring Hill, KS 66083** | **Lease of Real Estate Property** | $0.00 | | $0.00 |
| 55.2. **1223-F N. Farm Road 123 Springfield, MO 65802** | **Lease of Real Estate Property** | $0.00 | | $0.00 |

| 55.3. | **6620 Stephens Station Road Suite B Columbia, MO 65202** | **Lease of Real Estate Property** | $0.00 | | $0.00 |

56.     **Total of Part 9.**

          | $0.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

       ■ No
       ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,106.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,054,060.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,069,166.84 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,069,166.84 |

**Fill in this information to identify the case:**

Debtor name    **ACI Concrete Placement of Kansas, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Equity Bank**<br>Creditor's Name<br><br>**4551 W. 107th Street**<br>**Suite 210**<br>**Overland Park, KS 66207**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All accounts, inventory & equipment.**<br>**Term Note #2** | **$4,250,000.00** | **$1,064,166.84** |

**Describe the lien**
**Consolidated, Amended and Restated Loan and Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**7161**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**   **Equity Bank**<br>Creditor's Name<br><br>**4551 W. 107th Street**<br>**Suite 210**<br>**Overland Park, KS 66207**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All accounts, inventory & equipment**<br>**Term Note #3** | $2,317,143.00 | $1,064,166.84 |

**Describe the lien**
**Consolidated, Amended and Restated Loan and Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**7169**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **ACI Concrete Placement of Kansas, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Equity Bank** | Describe debtor's property that is subject to a lien | $1,191,981.00 | $1,064,166.84 |
|---|---|---|---|---|
| | Creditor's Name | **All accounts, inventory & equipment** | | |
| | **4551 W. 107th Street** | **Revolving Credit Note** | | |
| | **Suite 210** | | | |
| | **Overland Park, KS 66207** | | | |

Creditor's mailing address

**Describe the lien**
**Consolidated, Amended and Restated Loan and Security Agreement**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7153**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,759,124.00 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Andrew W. Muller**<br>**Stinson Leonard Street, LLP**<br>**1201 Walnut St.**<br>**Suite 2900**<br>**Kansas City, MO 64106** | Line __2.1__ | |
| **Andrew W. Muller**<br>**Stinson Leonard Street, LLP**<br>**1201 Walnut St.**<br>**Suite 2900**<br>**Kansas City, MO 64106** | Line __2.2__ | |
| **Andrew W. Muller**<br>**Stinson Leonard Street, LLP**<br>**1201 Walnut St.**<br>**Suite 2900**<br>**Kansas City, MO 64106** | Line __2.3__ | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Central Pension Fund**<br>**PO Box 418433**<br>**Boston, MA 02241-8433** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67,365.18 | $0.00 |
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**Operators Retirement Fund** | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ACPA**<br>**606 Enterprise Drive**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,530.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Acuity Specialty Products, Inc**<br>**Zep Sales & Service**<br>**13237 Collections Center Drive**<br>**Chicago, IL 60693** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $141.58 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,306.82 |
|---|---|---|---|

**ADP, LLC**
**PO Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**AGC of Missouri, Inc.**
**6330 Knox Industrial Dr.**
**Suite 200**
**Saint Louis, MO 63139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,276.39 |
|---|---|---|---|

**Alliance Concrete Pumps**
**726 Cherry Street**
**PO Box 8000**
**Suite 199**
**Sumas, WA 98295-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Alternative Safety & Testing**
**678 Front Avenue NW**
**Suite 256**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $952.94 |
|---|---|---|---|

**Altus Global Trade Solutions**
**PO Box 1389**
**Kenner, LA 70063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3222

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.81 |
|---|---|---|---|

**Ameren Missouri**
**P.O. Box 88068**
**Chicago, IL 60680-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.39 |
|---|---|---|---|

**American Cleaning Systems, Inc**
**1810 Santa Fe Place**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-21770    Doc# 1    Filed 09/14/17    Page 17 of 65

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,963.82 |
|---|---|---|---|

**American Express**
**PO Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.25 |
|---|---|---|---|

**Apex Chemical, Inc.**
**PO Box 65**
**Ormond Beach, FL 32175**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,614.69 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred _

Last 4 digits of account number  **6679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.05 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred _

Last 4 digits of account number  **2511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.83 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred _

Last 4 digits of account number  **4782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,251.22 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred _

Last 4 digits of account number  **8549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.22 |
|---|---|---|---|

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number  **9785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.17 |
|---|---|---|---|

**Atmos Energy**
PO Box 790311
Saint Louis, MO 63179-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**Bills Septic Tank Cleaning**
36609 Sunshine Road
Osawatomie, KS 66064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,385.53 |
|---|---|---|---|

**Boone Electric Cooperative**
1413 Rangeline St.
Columbia, MO 65205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,568.61 |
|---|---|---|---|

**CBIZ MHM, LLC**
13576 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,751.32 |
|---|---|---|---|

**Century Link-KC**
PO Box 2961
Phoenix, AZ 85062-2961

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9457**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,414.10 |
|---|---|---|---|

**Champion Brands, LLC**
PO Box 645
Clinton, MO 64735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.83 |
|---|---|---|---|

**Cintas #569-Springfield**
PO Box 88005
Chicago, IL 60680-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6383**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
| --- | --- | --- | --- |
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,925.41** |
| | **Cintas Corporation**<br>**PO Box 88005**<br>**Chicago, IL 60680-1005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __6723__ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.96** |
| | **City of Columbia**<br>**PO Box 1676**<br>**Columbia, MO 65205-1676** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __8330__ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164.91** |
| | **City of Spring Hill**<br>**PO Box 424**<br>**Spring Hill, KS 66083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.97** |
| | **City Utilities**<br>**PO Box 551**<br>**Springfield, MO 65801-0551** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __5662__ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
| | **Concrete Promotional Group**<br>**15700 College Boulevard**<br>**Suite 103**<br>**Lenexa, KS 66219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,432.00** |
| | **Concrete Pump Dispatch, Inc.**<br>**PO Box 1127**<br>**Safety Harbor, FL 34695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
| --- | --- | --- | --- |
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.59** |
| | **Construction Forms, Inc.**<br>**PO Box 308**<br>**Port Washington, WI 53074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __4741__ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.97 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|
|      | **Control Group**<br>PO Box 87-8400<br>Kansas City, MO 64187-8400 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim: __ | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.75 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|
|      | **Culligan Water Conditioning**<br>1801 Commerce Court<br>Columbia, MO 65202-3703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim: __ | |
|      | Last 4 digits of account number __5457__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|
|      | **Dan Noland**<br>12001 West 82nd Terrace<br>Lenexa, KS 66215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __9/6/2013__ | Basis for the claim: __Personal Injury Claim__<br>__Case No. 14CR-CC00124__ | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.30 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|
|      | **Deluxe for Business**<br>PO Box 88042<br>Chicago, IL 60680-1042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim: __ | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,538.40 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|
|      | **Dunn & Davidson, LLC**<br>Town Pavilion<br>1100 Walnut<br>Suite 2900<br>Kansas City, MO 64106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim: __ | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,718.02 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
|      | **Empire Energy, LLC**<br>PO Box 7500<br>Branson, MO 65615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim: __ | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|--------|
|      | **Engineering News-Record**<br>PO Box 5729<br>Harlan, IA 51593-1229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred __ | Basis for the claim: __ | |
|      | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338.00** |
| --- | --- | --- | --- |
| | **Family Medical Walk-In Clinic**<br>**4049 S. Campbell**<br>**Springfield, MO 65807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,772.40** |
| --- | --- | --- | --- |
| | **Fastenal Company**<br>**PO Box 1286**<br>**Winona, MN 55987-1286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0739** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,528.98** |
| --- | --- | --- | --- |
| | **Fleetmatics USA, LLC**<br>**PO Box 347472**<br>**Pittsburgh, PA 15251-4472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$986.81** |
| --- | --- | --- | --- |
| | **Fritz-Pak**<br>**4821 Eastover Circle**<br>**Mesquite, TX 75149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$758.94** |
| --- | --- | --- | --- |
| | **GFI Digital, Inc.**<br>**PO Box 775010**<br>**Saint Louis, MO 63177-5010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$502.51** |
| --- | --- | --- | --- |
| | **Gibbs Technology Leasing, LLC**<br>**3236 West Edgewood Road**<br>**Suite A**<br>**Jefferson City, MO 65109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,613.28** |
| --- | --- | --- | --- |
| | **Hampel Oil, Inc.**<br>**2920 Fairfax Trafficway**<br>**Kansas City, KS 66115-1318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.20** |
|------|-----|-----|-----|
| | **Heartland Concrete Placement**<br>**PO Box 96J**<br>**Columbus, NE 68602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,854.77** |
|------|-----|-----|-----|
| | **Heartland Tires & Treads**<br>**100 W. 18th Avenue**<br>**North Kansas City, MO 64116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,147.00** |
|------|-----|-----|-----|
| | **Henrys Towing Service, LLC**<br>**2806 S Farm Rd 115**<br>**Brookline, MO 65619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.02** |
|------|-----|-----|-----|
| | **Heritage Crystal Clean, LLC**<br>**13621 Collections Center Dr.**<br>**Chicago, IL 60693-0136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.11** |
|------|-----|-----|-----|
| | **Hyspeco, Inc.**<br>**2118 E. Rockhurst St.**<br>**Springfield, MO 65802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,615.95** |
|------|-----|-----|-----|
| | **Inland Truck Parts & Service**<br>**3609 Paris Rd.**<br>**Columbia, MO 65202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,125.42** |
|------|-----|-----|-----|
| | **Innovative Concrete Solutions**<br>**PMB 352-3600 Dallas Hwy**<br>**Suite 230**<br>**Marietta, GA 30064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.36 |
| --- | --- | --- | --- |

**Intellicorp**
PO Box 27903
New York, NY 10087-7903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,257.70 |
| --- | --- | --- | --- |

**IPFS Corporation**
24722 Network Place
Chicago, IL 60673-1247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8084

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,794.72 |
| --- | --- | --- | --- |

**IPFS Corporation**
24722 Network Place
Chicago, IL 60673-1247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8080

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,379.28 |
| --- | --- | --- | --- |

**Kansas City Rubber and Belting**
1815 Prospect Ave
Kansas City, MO 64127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,506.33 |
| --- | --- | --- | --- |

**KC Bobcat**
1220 S. Hamilton Circle
Olathe, KS 66061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
| --- | --- | --- | --- |

**Kurlbaum Rinne Law Firm, LLC**
11040 Oakmont
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Kyle Tallman**
2040 NE Dill Dr.
Lees Summit, MO 64086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Worker's Compensation Insurance Claim

Is the claim subject to offset? ■ No ☐ Yes

Case 17-21770   Doc# 1   Filed 09/14/17   Page 24 of 65

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,175.00 |
|---|---|---|---|

**Landmark Bank**
**c/o Keith J. Carpenter**
**Attn: Jeanne McGuire**
**PO Box 1867**
**Columbia, MO 65205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.00 |
|---|---|---|---|

**Lathrop & Gage**
**2345 Grand Blvd**
**Kansas City, MO 64108-2618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.29 |
|---|---|---|---|

**Logan Contractors Supply, Inc.**
**PO Box 5283**
**Des Moines, IA 50305-5283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Matheson Tri Gas, Inc.**
**PO Box 845502**
**Dallas, TX 75284-5502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,946.02 |
|---|---|---|---|

**Mayer Hoffman McCann, P.C.**
**13576 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.77 |
|---|---|---|---|

**McKnight Tire & Auto Center**
**1909 N. Providence Rd.**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.12 |
|---|---|---|---|

**MFA Oil Company**
**PO Box 809023**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,668.45 |
| --- | --- | --- | --- |
| | **MO Dept of Revenue** | ☐ Contingent | |
| | **Taxation Division** | ☐ Unliquidated | |
| | **PO Box 3375** | ☐ Disputed | |
| | **Jefferson City, MO 65105-3375** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.03 |
| --- | --- | --- | --- |
| | **NAPA Spring Hill** | ☐ Contingent | |
| | **103 N. Webster** | ☐ Unliquidated | |
| | **Spring Hill, KS 66083** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
| --- | --- | --- | --- |
| | **National Drug Screening, Inc.** | ☐ Contingent | |
| | **2101 S. Waverly Place** | ☐ Unliquidated | |
| | **Suite 200D** | ☐ Disputed | |
| | **Melbourne, FL 32901** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.00 |
| --- | --- | --- | --- |
| | **NMAPC** | ☐ Contingent | |
| | **1501 Lee Highway** | ☐ Unliquidated | |
| | **Suite 202** | ☐ Disputed | |
| | **Arlington, VA 22209** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.87 |
| --- | --- | --- | --- |
| | **O'Reilly Auto Parts** | ☐ Contingent | |
| | **PO Box 9464** | ☐ Unliquidated | |
| | **Springfield, MO 65801** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
| --- | --- | --- | --- |
| | **Occupational Health Centers** | ☐ Contingent | |
| | **PO Box 369** | ☐ Unliquidated | |
| | **Lombard, IL 60148-0369** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5941** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
| --- | --- | --- | --- |
| | **Oklahoma Ready Mixed Concrete** | ☐ Contingent | |
| | **7711 E. 11th St.** | ☐ Unliquidated | |
| | **Suite 108** | ☐ Disputed | |
| | **Tulsa, OK 74133** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $571.52 |
| --- | --- | --- | --- |

**Olivia Rios**
2433 SW 30th Street
Oklahoma City, OK 73119

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Patricia Manion**
16525 Barton St.
Overland Park, KS 66221

Date(s) debt was incurred _
Last 4 digits of account number  0174

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petition for Damages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,761.60 |
| --- | --- | --- | --- |

**Phoenix Direct Communcations**
4700 E. Peach Tree Dr.
Chandler, AZ 85249

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,363.69 |
| --- | --- | --- | --- |

**Pitney Bowes Global Financial**
PO Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred _
Last 4 digits of account number  3916

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,108.31 |
| --- | --- | --- | --- |

**PLIC-SBD Grand Island**
PO Box 10372
Des Moines, IA 50306-0372

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,954.21 |
| --- | --- | --- | --- |

**Praxair Distribution, Inc**
Dept CH 10660
Palatine, IL 60055-0660

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.43 |
| --- | --- | --- | --- |

**Pro Pest**
PO Box 1186
Raymore, MO 64083

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,689.00 |
|---|---|---|---|

**Pump Parts Plus, Inc.**
20825 Aubry Street
Perris, CA 92570

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,323.10 |
|---|---|---|---|

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**Putzmeister America**
1733 90th Street
Sturtevant, WI 53177-1805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,154.42 |
|---|---|---|---|

**Quill Corporation**
PO Box 37600
Philadelphia, PA 19101-0600

Date(s) debt was incurred _

Last 4 digits of account number  0631

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Randall K Duncan**
10857 Barton
Overland Park, KS 66210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,300.00 |
|---|---|---|---|

**Rapid Apps Group**
2636 Leisure Lane
Little Elm, TX 75068

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,016.43 |
|---|---|---|---|

**Results Technology**
10333 W. 84th Terrace
Overland Park, KS 66214

Date(s) debt was incurred _

Last 4 digits of account number  RH01

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 17-21770    Doc# 1    Filed 09/14/17    Page 28 of 65

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|------|-----|-----|-----|

**Ryan Mitchell**
**509 State Road BB**
**Urbana, MO 65767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/20/2016

**Basis for the claim:** Worker's Compensation Insurance Claim

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,500.29** |
|------|-----|-----|-----|

**Schwing America, Inc.**
**PO Box 8473**
**Carol Stream, IL 60197-8473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,000.00** |
|------|-----|-----|-----|

**Spring Hill I, LLC**
**15670 S. Keeler**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|------|-----|-----|-----|

**Springfield Contractors Assoc**
**1313 N. Nias Ave**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$338.00** |
|------|-----|-----|-----|

**Springfield Family Medical**
**4049 South Campbell**
**Springfield, MO 65807-5303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00** |
|------|-----|-----|-----|

**T-Mac, Inc.**
**PO Box 682**
**Columbia, MO 65205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,587.05** |
|------|-----|-----|-----|

**Terminal Supply Co.**
**PO Box 1253**
**Troy, MI 48099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

Case 17-21770 Doc# 1 Filed 09/14/17 Page 29 of 65

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,895.12 |
|---|---|---|---|

**Truck Parts & Supply Co, Inc.**
4005 E. Kearney
Springfield, MO 65803

Date(s) debt was incurred _

Last 4 digits of account number **C005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,649.12 |
|---|---|---|---|

**US Standard Products**
PO Box 5509
Englewood, NJ 07631

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.42 |
|---|---|---|---|

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred _

Last 4 digits of account number **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,498.61 |
|---|---|---|---|

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred _

Last 4 digits of account number **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.19 |
|---|---|---|---|

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred _

Last 4 digits of account number **6460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,330.00 |
|---|---|---|---|

**Vincent Rental Properties**
PO Box 388
Springfield, MO 65801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.00 |
|---|---|---|---|

**WCA-Waste Corporation**
PO Box 553166
Detroit, MI 48255-3166

Date(s) debt was incurred _

Last 4 digits of account number **9163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.46 |
|---|---|---|---|

**West Coast Services**
150 E. Arrow Highway
San Dimas, CA 91773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.80 |
|---|---|---|---|

**Westfall GMC Truck**
PO Box 418050
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,829.22 |
|---|---|---|---|

**Wex Bank**
PO Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0316

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Williams Fund**
PO Box 414280
Kansas City, MO 64141-4280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.32 |
|---|---|---|---|

**Yarbrough Industries**
514 N. Fremont Ave
Springfield, MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abe Paul**<br>PO Box 367<br>Pineville, MO 64856 | Line  3.74<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Leah B. Burkhead**<br>Mark & Burkhead<br>6700 Squibb Road<br>Suite 103<br>Mission, KS 66202 | Line  3.87<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **MO Dept of Labor & Industrial Division of Worker's Compensat PO Box 58 Jefferson City, MO 65102** | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Patrick Platter Law Office of Neale & Newman American National Center 1949 East Sunshine, Ste I-130 Springfield, MO 65808-0327** | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Patrick Steven O'Brien 326 South 21st St. Ste 306 Saint Louis, MO 63103** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Thomas McGee, LC 920 Main Suite 1700 Kansas City, MO 64141** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Thomas McGee, LC 920 Main Suite 1700 Kansas City, MO 64141** | Line **3.54**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 67,365.18 |
| **5b. Total claims from Part 2** | 5b. + | $ | 579,287.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 646,652.67 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Ricoh 301 Copy Machine**<br><br>State the term remaining — **Expires 3/13/2019**<br><br>List the contract number of any government contract | **Gibbs Technology Leasing, LLC**<br>**12163 Prichard Farm Road**<br>**Maryland Heights, MO 63043** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Ricoh 4503 Copy Machine**<br><br>State the term remaining — **Expires 4/14/2020**<br><br>List the contract number of any government contract | **Gibbs Technology Leasing, LLC**<br>**12163 Prichard Farm Road**<br>**Maryland Heights, MO 63043** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Account No. MOK-668084 Insurance Financing Agreement Annual Insurance Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **IPFS Corporation**<br>**24722 Network Place**<br>**Chicago, IL 60673-1247** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Account No. MOK-668080 Insurance Financing Agreement Annual Insurance Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **IPFS Corporation**<br>**24722 Network Place**<br>**Chicago, IL 60673-1247** |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease for property located at: 1223-F N. Farm Road 123, Springfield, MO 65802** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **James A. Vincent DBA Vincent Rental Properties PO Box 388 Springfield, MO 65801** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease for property located at: 6620 Stephens Station Road, Suite B, Columbia, MO 65202** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Keith J. Carpenter c/o Landmark Bank PO Box 1867 Columbia, MO 65205** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Local 513 3449 Hollenberg Drive Bridgeton, MO 63044** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Digital Mailing System** | |
|---|---|---|---|
| | State the term remaining | **Expired 6/6/2021** | **Pitney Bowes Global Financial PO Box 371887 Pittsburgh, PA 15250** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Laptop and Desktop computers, copier and postage machine.** | |
|---|---|---|---|
| | State the term remaining | | **Results Technology 10333 W. 84th Terrace Overland Park, KS 66214** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease for property located at: 20160 W. 191st St., Spring Hill, KS 66083** | **Spring Hill I, LLC 15670 S. Keeler Olathe, KS 66062** |
|---|---|---|---|
| | State the term remaining | **Expires 3/31/2019** | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

Fill in this information to identify the case:

Debtor name    **ACI Concrete Placement of Kansas, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **ACI Concrete Placement of Linc** | **20160 W. 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2  **ACI Concrete Placement of Linc** | **20160 W. 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3  **ACI Concrete Placement of Linc** | **20160 W. 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D  __2.3__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4  **ACI Concrete Placement of OK** | **20160 W. 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.5  **ACI Concrete Placement of OK** | **20160 W. 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |

| **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | ACI Concrete Placement of OK | 20160 W. 191st Street Spring Hill, KS 66083 | Equity Bank | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Justin T. Grantt | 2536 Montague Road Highlandville, MO 65569 | Patricia Manion | ☐ D ____ ■ E/F __3.74__ ☐ G ____ |
| 2.8 | KOK Holdings, LLC | 20160 W. 191st Street Spring Hill, KS 66083 | Equity Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.9 | KOK Holdings, LLC | 20160 W. 191st Street Spring Hill, KS 66083 | Equity Bank | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.10 | KOK Holdings, LLC | 20160 W. 191st Street Spring Hill, KS 66083 | Equity Bank | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.11 | Lawrence S. Kaminsky | 10235 S. Greentree Court Olathe, KS 66061 Lawrence S. Kaminsky and Linda J. Kaminsky, Co-Trustee's of the Kaminsky Family Trust dated June 12, 2012. | Equity Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.12 | Lawrence S. Kaminsky | 10235 S. Greentree Court Olathe, KS 66061 | Equity Bank | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

**■** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | Lawrence S. Kaminsky | 10235 S. Greentree Court<br>Olathe, KS 66061<br>Lawrence S. Kaminsky and Linda J. Kaminsky, Co-Trustee's of the Kaminsky Family Trust dated June 12, 2012. | Equity Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Lawrence S. Kaminsky | 10235 S. Greentree Court<br>Olathe, KS 66061 | Equity Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Lawrence S. Kaminsky | 10235 S. Greentree Court<br>Olathe, KS 66061<br>Lawrence S. Kaminsky and Linda J. Kaminsky, Co-Trustee's of the Kaminsky Family Trust dated June 12, 2012. | Equity Bank | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Lawrence S. Kaminsky | 10235 S. Greentree Court<br>Olathe, KS 66061 | Equity Bank | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Matthew Kaminsky | 20160 W. 191st Street<br>Spring Hill, KS 66083 | Equity Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Matthew Kaminsky | 20160 W. 191st Street<br>Spring Hill, KS 66083 | Equity Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Matthew Kaminsky | 20160 W. 191st Street<br>Spring Hill, KS 66083 | Equity Bank | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| �though | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.20 | **OKK Equipment, LLC** | **20160 West 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 | **OKK Equipment, LLC** | **20160 West 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.22 | **OKK Equipment, LLC** | **20160 West 191st Street Spring Hill, KS 66083** | **Equity Bank** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | **OKK Equipment, LLC** | **20160 West 191st Street Spring Hill, KS 66083** | **Spring Hill I, LLC** | ☐ D _____ <br> ■ E/F ___3.89___ <br> ☐ G _____ |
| 2.24 | **OKK Equipment, LLC** | **20160 West 191st Street Spring Hill, KS 66083** | **IPFS Corporation** | ☐ D _____ <br> ■ E/F ___3.53___ <br> ☐ G _____ |
| 2.25 | **OKK Equipment, LLC** | **20160 West 191st Street Spring Hill, KS 66083** | **IPFS Corporation** | ☐ D _____ <br> ■ E/F ___3.54___ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **ACI Concrete Placement of Kansas, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*....................................................................................................   $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................................   $     **1,069,166.84**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................................................   $     **1,069,166.84**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **7,759,124.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **67,365.18**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................   +$     **579,287.49**

4.   **Total liabilities** .....................................................................................................................
    Lines 2 + 3a + 3b        $     **8,405,776.67**

Fill in this information to identify the case:

Debtor name    **ACI Concrete Placement of Kansas, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 14, 2017**    X **/s/ Matthew Kaminsky**
_____    Signature of individual signing on behalf of debtor

    **Matthew Kaminsky**
    Printed name

    **COO**
    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **ACI Concrete Placement of Kansas, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,405,773.00** |
   | **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$6,976,447.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Dan Noland v. ACI Concrete Placement of Kansas, LLC** 14CR-CC00124 | **CC Personal Injury** | **Circuit Court of Carroll County, MO** 8 S. Main St. Carrollton, MO 64633 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Patricia Manion v. ACI Concrete Placement of Kansas, LLC and Justin T. Grantt** 17CT-CL00174 | **Petition for Damages** | **Christian County Circuit Clerk** 110 W. Elm St. #202 Ozark, MO 65721 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Sader Law Firm**<br>**2345 Grand Blvd.**<br>**Suite 2150**<br>**Kansas City, MO 64108-2663** | **Attorney Fees $95,000 paid by KOK Holdings, LLC**<br>**Expenses of $10,000 paid by KOK Holdings, LLC** | **August 29, 2017** | **$35,000.00** |
| | Email or website address<br>**nsader@saderlawfirm.com** | | | |
| | Who made the payment, if not debtor?<br>**KOK Holdings, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|------------------|--|
| 26d.1. | **Equity Bank**<br>**4551 W. 107th Street**<br>**Suite 210**<br>**Overland Park, KS 66207** |
| 26d.2. | **First State Bank & Trust** |
| 26d.3. | **Nations Equipment Finance** |
| 26d.4. | **Peoples Bank** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Matthew Kaminsky** | **11625 South Walnut Street**<br>**Olathe, KS 66061** | **Manager, President, COO** | **50% Owner** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Lawrence Kaminsky** | **10235 South Greentree Court**<br>**Olathe, KS 66061** | **Secretary** | **50% Owner** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☒ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Matthew Kaminsky**<br>**20160 W. 191st Street**<br>**Spring Hill, KS 66083** | **$338,385** | **8/16-9/17** | **Salary Draw** |
| **Relationship to debtor**<br>**COO** | | | |
| 30.2. **Lawrence S. Kaminsky**<br>**10235 S. Greentree Court**<br>**Olathe, KS 66061** | **$18,000** | **8/16-9/17** | **Salary Draw** |
| **Relationship to debtor**<br>**Secretary** | | | |
| 30.3. **Conrad Kaminsky**<br>**11625 South Walnut Street**<br>**Olathe, KS 66061** | **$1,394.84** | | |
| **Relationship to debtor**<br>**Insider** | | | |
| 30.4. **Ivan Kaminsky**<br>**11625 South Walnut Street**<br>**Olathe, KS 66061** | **$693.38** | | |
| **Relationship to debtor**<br>**Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☐ No
    ☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **KOK Holdings, LLC** | **EIN:    26-0457074** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☐ No
    ☒ Yes. Identify below.

Case 17-21770    Doc# 1    Filed 09/14/17    Page 48 of 65

| Debtor | ACI Concrete Placement of Kansas, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Central Pension Fund** | **EIN:** |
| **I.U.O.E. Local 101** | **EIN:** |
| **I.U.O.E. Local 513** | **EIN:** |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2017**

| **/s/ Matthew Kaminsky** | **Matthew Kaminsky** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **COO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re **ACI Concrete Placement of Kansas, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **95,000.00** |
| Prior to the filing of this statement I have received | $ | **23,473.50** |
| Balance Due | $ | **71,526.50** |

2. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **KOK Holdings, LLC**

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All issues to be billed on an hourly basis as they arise in jointly administered Bankruptcy. KOK Holdings, LLC paid a pre-petition retainer fee of $95,000 plus an additional $10,000 for filing fees and expenses. These fees were for all cases of the associated debtors including this filing. The amount paid prior to filing represents pre-petition work done by counsel. The remaining retainer fee is in counsel's trust account.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 14, 2017**
*Date*

**/s/ Neil S. Sader**
**Neil S. Sader KS#16437**
*Signature of Attorney*
**The Sader Law Firm**
**2345 Grand Blvd.**
**Suite 2150**
**Kansas City, MO 64108-2663**
**816-561-1818  Fax: 816-561-0818**
**nsader@saderlawfirm.com**
*Name of law firm*

---

Abe Paul
PO Box 367
Pineville MO 64856


ACI Concrete Placement of Linc
20160 W. 191st Street
Spring Hill KS 66083


ACI Concrete Placement of OK
20160 W. 191st Street
Spring Hill KS 66083


ACPA
606 Enterprise Drive
Lewis Center OH 43035


Acuity Specialty Products, Inc
Zep Sales & Service
13237 Collections Center Drive
Chicago IL 60693


ADP, LLC
PO Box 842875
Boston MA 02284-2875


AGC of Missouri, Inc.
6330 Knox Industrial Dr.
Suite 200
Saint Louis MO 63139


Alliance Concrete Pumps
726 Cherry Street
PO Box 8000
Suite 199
Sumas WA 98295-8000


Alternative Safety & Testing
678 Front Avenue NW
Suite 256
Grand Rapids MI 49504


Altus Global Trade Solutions
PO Box 1389
Kenner LA 70063

Ameren Missouri
P.O. Box 88068
Chicago IL 60680-1068


American Cleaning Systems, Inc
1810 Santa Fe Place
Columbia MO 65202


American Express
PO Box 650448
Dallas TX 75265-0448


Andrew W. Muller
Stinson Leonard Street, LLP
1201 Walnut St.
Suite 2900
Kansas City MO 64106


Apex Chemical, Inc.
PO Box 65
Ormond Beach FL 32175


AT&T
PO Box 5019
Carol Stream IL 60197-5019


AT&T Mobility
PO Box 6463
Carol Stream IL 60197-6463


Atmos Energy
PO Box 790311
Saint Louis MO 63179-0311


Bills Septic Tank Cleaning
36609 Sunshine Road
Osawatomie KS 66064


Boone Electric Cooperative
1413 Rangeline St.
Columbia MO 65205


CBIZ MHM, LLC
13576 Collection Center Drive
Chicago IL 60693

Central Pension Fund
PO Box 418433
Boston MA 02241-8433


Century Link-KC
PO Box 2961
Phoenix AZ 85062-2961


Champion Brands, LLC
PO Box 645
Clinton MO 64735


Cintas #569-Springfield
PO Box 88005
Chicago IL 60680-1005


Cintas Corporation
PO Box 88005
Chicago IL 60680-1005


City of Columbia
PO Box 1676
Columbia MO 65205-1676


City of Spring Hill
PO Box 424
Spring Hill KS 66083


City Utilities
PO Box 551
Springfield MO 65801-0551


Concrete Promotional Group
15700 College Boulevard
Suite 103
Lenexa KS 66219


Concrete Pump Dispatch, Inc.
PO Box 1127
Safety Harbor FL 34695


Construction Forms, Inc.
PO Box 308
Port Washington WI 53074

```
Control Group
PO Box 87-8400
Kansas City MO 64187-8400


Culligan Water Conditioning
1801 Commerce Court
Columbia MO 65202-3703


Dan Noland
12001 West 82nd Terrace
Lenexa KS 66215


Deluxe for Business
PO Box 88042
Chicago IL 60680-1042


Dunn & Davidson, LLC
Town Pavilion
1100 Walnut
Suite 2900
Kansas City MO 64106


Empire Energy, LLC
PO Box 7500
Branson MO 65615


Engineering News-Record
PO Box 5729
Harlan IA 51593-1229


Equity Bank
4551 W. 107th Street
Suite 210
Overland Park KS 66207


Family Medical Walk-In Clinic
4049 S. Campbell
Springfield MO 65807


Fastenal Company
PO Box 1286
Winona MN 55987-1286
```

Fleetmatics USA, LLC
PO Box 347472
Pittsburgh PA 15251-4472


Fritz-Pak
4821 Eastover Circle
Mesquite TX 75149


GFI Digital, Inc.
PO Box 775010
Saint Louis MO 63177-5010


Gibbs Technology Leasing, LLC
3236 West Edgewood Road
Suite A
Jefferson City MO 65109


Gibbs Technology Leasing, LLC
12163 Prichard Farm Road
Maryland Heights MO 63043


Hampel Oil, Inc.
2920 Fairfax Trafficway
Kansas City KS 66115-1318


Heartland Concrete Placement
PO Box 96J
Columbus NE 68602


Heartland Tires & Treads
100 W. 18th Avenue
North Kansas City MO 64116


Henrys Towing Service, LLC
2806 S Farm Rd 115
Brookline MO 65619


Heritage Crystal Clean, LLC
13621 Collections Center Dr.
Chicago IL 60693-0136


Hyspeco, Inc.
2118 E. Rockhurst St.
Springfield MO 65802

Inland Truck Parts & Service
3609 Paris Rd.
Columbia MO 65202


Innovative Concrete Solutions
PMB 352-3600 Dallas Hwy
Suite 230
Marietta GA 30064


Intellicorp
PO Box 27903
New York NY 10087-7903


IPFS Corporation
24722 Network Place
Chicago IL 60673-1247


James A. Vincent
DBA Vincent Rental Properties
PO Box 388
Springfield MO 65801


Justin T. Grantt
2536 Montague Road
Highlandville MO 65569


Kansas City Rubber and Belting
1815 Prospect Ave
Kansas City MO 64127


KC Bobcat
1220 S. Hamilton Circle
Olathe KS 66061


Keith J. Carpenter
c/o Landmark Bank
PO Box 1867
Columbia MO 65205


KOK Holdings, LLC
20160 W. 191st Street
Spring Hill KS 66083

Kurlbaum Rinne Law Firm, LLC
11040 Oakmont
Overland Park KS 66210


Kyle Tallman
2040 NE Dill Dr.
Lees Summit MO 64086


Landmark Bank
c/o Keith J. Carpenter
Attn: Jeanne McGuire
PO Box 1867
Columbia MO 65205


Lathrop & Gage
2345 Grand Blvd
Kansas City MO 64108-2618


Lawrence S. Kaminsky
10235 S. Greentree Court
Olathe KS 66061


Leah B. Burkhead
Mark & Burkhead
6700 Squibb Road
Suite 103
Mission KS 66202


Local 513
3449 Hollenberg Drive
Bridgeton MO 63044


Logan Contractors Supply, Inc.
PO Box 5283
Des Moines IA 50305-5283


Matheson Tri Gas, Inc.
PO Box 845502
Dallas TX 75284-5502


Matthew Kaminsky
20160 W. 191st Street
Spring Hill KS 66083

Mayer Hoffman McCann, P.C.
13576 Collection Center Dr.
Chicago IL 60693


McKnight Tire & Auto Center
1909 N. Providence Rd.
Columbia MO 65202


MFA Oil Company
PO Box 809023
Kansas City MO 64180


MO Dept of Labor & Industrial
Division of Worker's Compensat
PO Box 58
Jefferson City MO 65102


MO Dept of Revenue
Taxation Division
PO Box 3375
Jefferson City MO 65105-3375


NAPA Spring Hill
103 N. Webster
Spring Hill KS 66083


National Drug Screening, Inc.
2101 S. Waverly Place
Suite 200D
Melbourne FL 32901


NMAPC
1501 Lee Highway
Suite 202
Arlington VA 22209


O'Reilly Auto Parts
PO Box 9464
Springfield MO 65801


Occupational Health Centers
PO Box 369
Lombard IL 60148-0369

OKK Equipment, LLC
20160 West 191st Street
Spring Hill KS 66083


Oklahoma Ready Mixed Concrete
7711 E. 11th St.
Suite 108
Tulsa OK 74133


Olivia Rios
2433 SW 30th Street
Oklahoma City OK 73119


Patricia Manion
16525 Barton St.
Overland Park KS 66221


Patrick Platter
Law Office of Neale & Newman
American National Center
1949 East Sunshine, Ste I-130
Springfield MO 65808-0327


Patrick Steven O'Brien
326 South 21st St.
Ste 306
Saint Louis MO 63103


Phoenix Direct Communcations
4700 E. Peach Tree Dr.
Chandler AZ 85249


Pitney Bowes Global Financial
PO Box 371887
Pittsburgh PA 15250-7887


Pitney Bowes Global Financial
PO Box 371887
Pittsburgh PA 15250


PLIC-SBD Grand Island
PO Box 10372
Des Moines IA 50306-0372

Praxair Distribution, Inc
Dept CH 10660
Palatine IL 60055-0660


Pro Pest
PO Box 1186
Raymore MO 64083


Pump Parts Plus, Inc.
20825 Aubry Street
Perris CA 92570


Purchase Power
PO Box 371874
Pittsburgh PA 15250-7874


Putzmeister America
1733 90th Street
Sturtevant WI 53177-1805


Quill Corporation
PO Box 37600
Philadelphia PA 19101-0600


Randall K Duncan
10857 Barton
Overland Park KS 66210


Rapid Apps Group
2636 Leisure Lane
Little Elm TX 75068


Results Technology
10333 W. 84th Terrace
Overland Park KS 66214


Ryan Mitchell
509 State Road BB
Urbana MO 65767


Schwing America, Inc.
PO Box 8473
Carol Stream IL 60197-8473

Spring Hill I, LLC
15670 S. Keeler
Olathe KS 66062


Springfield Contractors Assoc
1313 N. Nias Ave
Springfield MO 65802


Springfield Family Medical
4049 South Campbell
Springfield MO 65807-5303


T-Mac, Inc.
PO Box 682
Columbia MO 65205


Terminal Supply Co.
PO Box 1253
Troy MI 48099


Thomas McGee, LC
920 Main
Suite 1700
Kansas City MO 64141


Truck Parts & Supply Co, Inc.
4005 E. Kearney
Springfield MO 65803


US Standard Products
PO Box 5509
Englewood NJ 07631


Verizon Wireless
PO Box 25505
Lehigh Valley PA 18002-5505


Vincent Rental Properties
PO Box 388
Springfield MO 65801


WCA-Waste Corporation
PO Box 553166
Detroit MI 48255-3166

West Coast Services
150 E. Arrow Highway
San Dimas CA 91773


Westfall GMC Truck
PO Box 418050
Kansas City MO 64141


Wex Bank
PO Box 6293
Carol Stream IL 60197-6293


Williams Fund
PO Box 414280
Kansas City MO 64141-4280


Yarbrough Industries
514 N. Fremont Ave
Springfield MO 65802

# United States Bankruptcy Court
## District of Kansas

In re    __ACI Concrete Placement of Kansas, LLC__          Case No. _____

                                              Debtor(s)          Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the COO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __September 14, 2017__            __/s/ Matthew Kaminsky__

                                               __Matthew Kaminsky/COO__
                                               Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    __ACI Concrete Placement of Kansas, LLC__        Case No. _____

                                      Debtor(s)          Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **KOK Holdings, LLC**<br>**20160 W. 191st Street**<br>**Spring Hill, KS 66083** | | | **100% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **COO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __September 14, 2017__              Signature    **/s/ Matthew Kaminsky**

                                                                       **Matthew Kaminsky**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re    __ACI Concrete Placement of Kansas, LLC__ _____
                               Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ACI Concrete Placement of Kansas, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**KOK Holdings, LLC**
**20160 W. 191st Street**
**Spring Hill, KS 66083**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 14, 2017** | **/s/ Neil S. Sader** |
| Date | **Neil S. Sader KS#16437** |
| | Signature of Attorney or Litigant |
| | Counsel for    __ACI Concrete Placement of Kansas, LLC__ |
| | **The Sader Law Firm** |
| | **2345 Grand Blvd.** |
| | **Suite 2150** |
| | **Kansas City, MO 64108-2663** |
| | **816-561-1818 Fax:816-561-0818** |
| | **nsader@saderlawfirm.com** |