IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| In re: | |
| ACI Concrete Placement of Kansas, LLC<br>20160 West 191st Street<br>Spring Hill, Kansas 66083<br>Tax ID# 26-0457142 | Case Number: 17-21770-11<br>17-21771-11<br>17-21772-11<br>17-21773-11<br>17-21774-11 |
| and | |
| ACI Concrete Placement of Lincoln, LLC<br>20160 West 191st Street<br>Spring Hill, Kansas 66083<br>Tax ID# 46-4250496 | Chapter 11 |
| and | |
| ACI Concrete Placement of Oklahoma, LLC<br>20160 West 191st Street<br>Spring Hill, Kansas 66083<br>Tax ID# 47-1889662 | |
| and | |
| OKK Equipment, LLC<br>20160 West 191st Street<br>Spring Hill, Kansas 66083<br>Tax ID# 26-0457281 | |
| and | |
| KOK Holdings, LLC<br>20160 West 191st Street<br>Spring Hill, Kansas 66083<br>Tax ID# 26-0457074 | |
| Debtors | |

## JOINT MOTION TO AUTHORIZE USE OF CASH COLLATERAL IN THE ORDINARY COURSE OF BUSINESS

COME NOW Debtors ACI Concrete Placement of Kansas, LLC ("ACI – Kansas"), ACI

Concrete Placement of Oklahoma, LLC ("ACI – Oklahoma"), ACI Concrete Placement of

Lincoln, LLC ("ACI – Lincoln"), KOK Holdings, LLC ("KOK") and OKK Equipment, LLC ("OKK"), by and through their undersigned counsel and for their Joint Motion to Authorize Use of Cash Collateral in the Ordinary Course of Business pursuant to 11 U.S.C. §§363(c) and 364 (the "Motion"), states:

1. Debtors filed a Voluntary Petition pursuant to Chapter 11, Title 11 of the United States Code on September 14, 2017 (the "**Petition Date**").

2. Debtors continue to be in possession of their property and operate and manage their business as Debtors-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. No trustee or examiner has been appointed, and no committee of unsecured creditors or equity holders has been established.

4. This Court has jurisdiction over the Chapter 11 case and the Motion pursuant to 28 U.S.C. §§157(b) and 1334.

5. Consideration of the Motion constitutes a core proceeding as defined in 28 U.S.C. §157(b)(2).

6. Venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

7. ACI – Kansas is a Kansas Limited Liability Company. It is wholly owned by Debtor KOK Holdings, LLC.

8. ACI – Oklahoma is an Oklahoma Limited Liability Company that is headquartered in Kansas. It has two owners – Lawrence Kaminsky who owns 70% of the company and Matthew Kaminsky who owns 30% of the company.

9. ACI – Lincoln is a Nebraska Limited Liability Company that is headquartered in Kansas. It has two owners – Lawrence Kaminsky who owns 70% of the company and Matthew Kaminsky who owns 30% of the company.

10. KOK is a Kansas Limited Liability Company. It has two owners – Lawrence Kaminsky who owns 50% of the company and Matthew Kaminsky who owns 50% of the company.

11. OKK is a Kansas Limited Liability Company. It is wholly owned by Debtor KOK Holdings, LLC.

12. Debtors are requesting this Court to jointly administer their cases pursuant to Fed. R. Bankr. P. 1015(b) and said motion is pending before this Court.

13. The five Debtors have the same common owners and business operation. ACI – Kansas, ACI – Oklahoma and ACI – Lincoln function as concrete pouring companies in their respective states. OKK serves as the common equipment ownership company for all ACI companies. KOK serves as the parent holding company of the various companies and also functions as the payroll processor for the related ACI companies. The same management structure operates all five Debtors and their operations are centrally located in Spring Hill, Kansas.

**EQUITY BANK SECURED DEBT**

14. Debtors have 2 Term Notes with Equity Bank as well as a Revolving Credit Note. For each Note and the Revolving Credit Note all five Debtors are Borrowers. An additional Borrower of ACI Concrete Placement of Western Kansas, LLC ("ACI – Western Kansas") is also a Borrower on each Note and the Revolving Credit Note. ACI – Western Kansas has closed its operations and is not subject to this Motion.

15. The two Notes are referred to by the parties (and so incorporated into this Motion) as Term Note #2 and Term Note #3,

16. Term Note #2 is numbered 7000187161 and has an origination date of March 31, 2017. The original balance of Term Note #2 was $4,250,000.00 and it has a maturity date of February 1, 2019.  Term Note #3 is numbered 7000187169 and has an origination date of March 31, 2017. The original balance of Term Note #3 was $2,568,223.00.  The Revolving Credit Note is numbered 7000187153 and has an origination date of March 31, 2017.  The original balance of the Revolving Credit Note was $1,350,000.00 and it has a maturity date of July 31, 2017.

17. Originally Term Note #2 and Term Note #3 were secured in the Debtors' concrete pump trucks and other equipment which are titled to Debtor OKK.  The Revolving Credit Note was secured in the Debtors' accounts receivables.  As of the date of this filing, all Equity Bank Notes are cross-collateralized to all property owned by the five Associated Debtors.

18. Upon information and belief, Equity Bank has perfected Term Note #2, Term Note #3 and the Revolving Credit Note by filing various security agreements with the Secretary of State's Offices in Kansas, Missouri, Nebraska and Oklahoma.

19. The current principal balance of Term Note #2 is believed to be $4,250,000.00.  The current principal balance of Term Note #3 is believed to be $2,317,143.00.  The current principal balance of the Revolving Credit Note is believed to be $1,191,981.00.  The total obligation of all Debtors to Equity Bank is believed to be $7,759,124.00.

20. Upon information and belief, Equity Bank is oversecured on Term Note #2, Term Note #3 and the Revolving Credit Note.  The total assets pledged to Equity Bank have a total value of approximately $10,000,000.00.

21. Debtors believe on a going forward basis, before servicing the monthly secured debt, that their joint operation of business is cash-flow positive.

22. Debtors are proposing to make one joint monthly payment to Equity Bank for the period of time from filing up to confirmation of the Plan. Debtors are proposing a payment of $50,000.00 per month to Equity Bank. For the half month of September, 2017, Debtors are proposing a $25,000.00 payment to Equity Bank to be made no later than September 30, 2017.

## RELIEF REQUESTED

23. By this Motion, Debtors seek use of cash collateral to fund their business operations pursuant to 11 U.S.C. §363(c)(2)(B) and 11 U.S.C. §363(c)(1), which provides that a debtor operating pursuant to 11 U.S.C. §1108 "may enter into transactions. . . in the ordinary course of business, without notice and a hearing, and may use property of the estate in the ordinary course of business without notice and a hearing."

24. Pursuant to 11 U.S.C. §552(b)(2), Equity Bank maintains a security interest in the post-petition income of the Debtors.

25. To adequately protect the value of Equity Bank's security interest in Debtors' assets and their collateral, the Debtors must be allowed to operate and continue their business throughout the pendency of this Chapter 11 case.

26. Debtors respectfully request that the Court authorize the use of cash collateral in the ordinary course of business as outlined in the attached Exhibit "A." Debtors anticipate that their expenses will not vary more than ten percent (10%) from the figures provided for the September budget as attached. Debtors request the use of cash collateral for no purpose at this time other than to preserve the value of the collateral through continued operations.

27. In exchange for the use of cash collateral in the ordinary course of business, Debtors propose that Equity Bank be allowed replacement liens on all of Debtor's right, title and interest

in, to and under the collateral, notwithstanding the limits on pre-petition liens provided under 11 U.S.C. §552(a).

28. In accordance with U.S.C. §363(c)(3), Debtors request that Court schedule a hearing on the use of cash collateral and such request will be included in Debtors' Motion to Expedite the First Day Motions.

WHEREFORE, based upon the foregoing, Debtors respectfully request that the Court authorize use of cash collateral in the ordinary course of business and on the terms stated herein, allow Equity Bank replacement liens on the collateral to the extent there are obligations remaining, and for such other and further relief as the Court deems just and proper.

Dated: September 14, 2017                THE SADER LAW FIRM

                                         By: /s/ *Bradley D. McCormack*
                                             Bradley D. McCormack, KS 21527
                                             2345 Grand Boulevard, Suite 2150
                                             Kansas City, Missouri 64108-2663
                                             816-561-1818
                                             Fax: 816-561-0818
                                             Direct Dial: 816-595-1802
                                             bmccormack@saderlawfirm.com

                                         COUNSEL FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all appropriate parties electronically, as well as via first class mail, postage prepaid, to the Matrix, on this 14th day of September, 2017.

                                         */s/ Neil S. Sader*
                                         Neil S. Sader, Attorney

s:\aci concrete placement\aci concrete placement of kansas, llc\cash collateral pleadings - orders\motion to authorize use of cash collateral 083117.docx